**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| United States of America, | Case No. 19-cr-185(2) (SRN/KMM) |
| Plaintiff, | |
| v. | **CASE MANAGEMENT ORDER** |
| William Charles Graham (2), | |
| Defendant. | |

---

In a contemporaneous order, the Court permitted Defendant to proceed *pro se*. Because of Defendant's change in status from being represented by counsel to now representing himself, the Court must set a schedule to govern the remainder of this matter through trial.

There are several outstanding motions that require the Court's attention. First, as discussed at the at the January 21, 2020 hearing, Defendant has withdrawn all motions previously filed by Mr. Mohring. (*See* ECF No. 108; *see also* ECF No. 110). As such, ECF Nos. 36, 37, 39, 40, 41, 43, 45, 47, 48, 50, and 51 are **WITHDRAWN WITHOUT PREJUDICE**. Defendant may reassert these motions, if desired, in compliance with the deadlines below. Second, the Government has filed two motions for a protective order, (ECF Nos. 94, 112). As discussed at the January 21, 2020 hearing, the first protective order is withdrawn because it was only relevant while Defendant had counsel. (*See* ECF No. 108). Now that Defendant is proceeding *pro se*, the Government has submitted an amended motion for protective order. (ECF No. 112). The Court will permit Defendant an

opportunity to respond to the Government's amended motion for a protective order before taking any action. The first Motion for Protective Order, (ECF No. 94), is **WITHDRAWN**.

Finally, after careful consideration of Defendant's recent *pro se* status, the Court finds good cause to extend the deadlines in this case. Defendant needs the opportunity to review discovery and decide whether to file any motions. Pursuant to 18 U.S.C. § 3161(h), the Court finds that the ends of justice served by extending the deadlines in this matter outweigh the best interests of the public and the defendant in a speedy trial, and such continuances are necessary to provide Defendant the reasonable time necessary for effective preparation.

For good cause shown and in furtherance of efficient case management, **IT IS HEREBY ORDERED** as follows:

1. The period of time from Defendant's first request to proceed *pro se*, **December 30, 2019 through February 19, 2020**, shall be excluded from Speedy Trial Act computations in this case. 18 U.S.C. § 3161(h)(7)(A).

2. All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **January 30, 2020**.[1] D. Minn. LR 12.1(c)(1).

    a. This deadline includes reasserting any of the motions previously filed by Mr. Mohring. If Defendant wishes to reassert any of Mr. Mohring's motions, he

---

[1] "Before filing a motion under Fed. R. Crim. P. 12(b), the moving party must confer with the responding party. The parties must attempt in good faith to clarify and narrow the issues in dispute." D. Minn. LR 12.1(b).

must do so in writing, specifically noting which motion or motions he wishes to raise.

   b. As indicated at the January 21, 2020 hearing, Defendant must mail any of his motions to the Clerk's Office (300 South Fourth Street, Suite 202, Minneapolis MN 55415) for docketing. The Court will not accept email or correspondence sent directly to chambers.

3. All responses to motions must be filed by **February 7, 2020**. D. Minn. LR 12.1(c)(2).

4. Any Notice of Intent to Call Witnesses[3] must be filed by **February 7, 2020**. D. Minn. LR. 12.1(c)(3)(A).

5. Any Responsive Notice of Intent to Call Witnesses[4] must be filed by **February 13, 2020**. D. Minn. LR 12.1(c)(3)(B).

6. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

   a. The Government makes timely disclosures and Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

   b. Oral argument is requested by either party in its motion, objection or response pleadings.

7. If required, the motions hearing must be heard before Magistrate Judge Katherine M. Menendez on **February 19, 2020**, at **1:00 p.m.**, in **Courtroom 8E**, Diana E.

Murphy U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota. D. Minn. LR 12.1(d).

8. **TRIAL: The trial date, and other related dates, will be scheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Susan Richard Nelson to confirm the new trial date.**

Dated: January 23, 2020

                            *s/ Katherine M. Menendez*
Katherine M. Menendez
United States Magistrate Judge
District of Minnesota