# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>William Charles Graham (2),<br><br>Defendant. | Case No. 19-cr-185(2) (SRN/KMM)<br><br><br>**ORDER** |

Amber Brennan, Justin Wesley, and Nathan Nelson, United States Attorney's Office, 600 U.S. Courthouse, 300 S. 4th St., Minneapolis, MN 55415, for the Government

William Charles Graham, Reg. No. 22097-041, Sherburne County Jail, 13880 Business Center Dr. NW, Elk River, MN 55330, Pro Se Defendant

Andrew Mohring, Office of the Federal Defender, 300 S. 4th St., 107 U.S. Courthouse, Minneapolis, MN 55415, Standby Counsel for Defendant

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court on Defendant William Charles Graham's Pro Se Motion for an Evidentiary Hearing [Doc. No. 201].

On May 15, 2020, Chief Judge John R. Tunheim issued General Order No. 14. In that order, he stated that in light of the COVID-19 outbreak, all criminal jury trials are continued through July 5, 2020. (D. Minn. Gen. Order No. 14 ¶ 2.) While some criminal proceedings may occur by videoconference, with the defendant's consent, pretrial conferences and jury trials require in-person proceedings. (*See* D. Minn. Gen. Order No.

5 ¶ 1.) The Court will consider any of Defendant's pending motions at the time of the pretrial conference in this matter. The in-person pretrial conference will be held at a time when it is safe to convene, after July 5. Accordingly, Graham's Motion for an Evidentiary Hearing [Doc. No. 201] is denied.

Further, Defendant must communicate with the Court only through written motions.

**SO ORDERED**.

Dated: May 20, 2020

s/Susan Richard Nelson  
SUSAN RICHARD NELSON  
United States District Judge