**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**RONALD JERMAINE JACKSON (1)**
**WILLIAM CHARLES GRAHAM (2)**,

Defendants.

Case No. 19-CR-185 (1) and (2) (SRN)

**ORDER**

---

Katharine Buzicky, UNITED STATES ATTORNEY'S OFFICE, 316 North Robert Street, Suite 404, Saint Paul, MN 55101; Nathan Hoye Nelson and William Mattessich, UNITED STATES ATTORNEY'S OFFICE, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for the Government.

Ronald Jermaine Jackson, Reg. No. 22096-041, FCI GREENVILLE, P.O. Box 5000, Greenville, IL 62246, Pro Se Defendant (1)

William Charles Graham, Reg. No. 22097-041, FCI GREENVILLE, P.O. Box 5000, Greenville, IL 62246, Pro Se Defendant (2).

---

Pending before the Court are the following motions:

1. Pro Se Application for Bail Pending Appeal by William Charles Graham (Doc. No. 905);

2. Pro Se Application for Bail Pending Appeal by Ronald Jermaine Jackson (Doc. No. 907);

3. Pro Se Motion for Relief from Judgment by William Charles Graham (Doc. No. 919);

4. Pro Se Motion for Relief from Judgment Per Fed. R. Civ. P. 60(b)(6) by Ronald Jermaine Jackson (Doc. No. 922);

5. Pro Se Motion to Vacate Under 28 U.S.C. 2255 by William Charles Graham (Doc. No. 926);

6. Pro Se Motion for Evidentiary Hearing by William Charles Graham (Doc. No. 927);

7. Pro Se Motion to Vacate Under 28 U.S.C. 2255 by Ronald Jermaine Jackson (Doc. No. 931); and

8. Pro Se Request for Evidentiary Hearing by Ronald Jermaine Jackson (Doc. No. 933).

Subsequent to the filing of each Defendant's respective Pro Se Application for Bail Pending Appeal, the United States Circuit Court for the Eighth Circuit entered judgment dismissing each Defendant's appeal of this Court's prior orders (Doc. Nos. 912 and 913).

Accordingly, **IT IS HEREBY ORDRED that**:

1. The Pro Se Application for Bail Pending Appeal (Doc. No. 905) by William Charles Graham is **DENIED as moot**.

2. The Pro Se Application for Bail Pending Appeal (Doc. No. 907) by Ronald Jermaine Jackson is **DENIED as moot**.

3. The Pro Se Motion for Relief from Judgment (Doc. No. 919) by William Charles Graham is **DENIED** for reasons previously set forth in the Court's Order (Doc. No. 895) addressing the same issues.

4. The Pro Se Motion for Relief from Judgment Per Fed. R. Civ. P. 60(b)(6) (Doc. No. 922) by Ronald Jermaine Jackson is **DENIED** for reasons previously set forth in the Court's Order (Doc. No. 894) addressing the same issues.

5. The Pro Se Motion to Vacate Under 28 U.S.C. 2255 (Doc. No. 926) by William Charles Graham is **DENIED** for reasons previously set forth in the Court's Order (Doc. No. 895) addressing the same issues. (Civil Case 0:26-CV-04513).

6. The Pro Se Motion for Evidentiary Hearing (Doc. No. 927) by William Charles Graham is **DENIED as moot**.

7. Pro Se Motion to Vacate Under 28 U.S.C. 2255 (Doc. No. 931) by Ronald Jermaine Jackson is **DENIED** for reasons previously set forth in the Court's Order (Doc. No. 894) addressing the same issues. (Civil Case 0:25-CV-04535)

8. Pro Se Request for Evidentiary Hearing (Doc. No. 933) by Ronald Jermaine Jackson is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: Tuesday, October 27, 2026

*s/ Susan Richard Nelson*
Susan Richard Nelson
United States District Judge